## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **KIMBERLY BOYD, et al.,** | : | **CASE NO.  2:17-cv-00320** |
|  | : | **JUDGE MARBLEY** |
| **Plaintiffs,** |  | **MAGISTRATE JOLSON** |
|  | : |  |
| **v.** |  |  |
|  | : |  |
| **ROBIN STROHM, et al.** | : | **DEFENDANTS' MOTION TO** |
|  |  | **DISMISS CLASS ALLEGATIONS** |
| **Defendants.** | : |  |

Now comes Defendants, and pursuant to Fed.Civ.R. 16 and 23, hereby request this Court to dismiss Plaintiffs' class allegations. Plaintiffs have failed to certify a class by the deadline set by the Court's Scheduling Order and have not sought modification of this deadline for good cause. A Memorandum in support is attached.

Respectfully submitted,

*/s/ Carl A. Anthony*
Carl A. Anthony (OH55652)
FREUND, FREEZE & ARNOLD
65 E. State Street, Suite 800
Columbus, OH  43215-4247
Phone: 614-255-7550
Fax:  614-827-7303
canthony@ffalaw.com

*/s/ Lindsay Johnson*
Lindsay Johnson (OH77753)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: 937-425-6341
Fax:  937-425-7341
ljohnson@ffalaw.com
*Counsel for Defendants Robin Strohm and*
*Williams & Strohm, LLC*

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

## MEMORANDUM IN SUPPORT OF MOTION

### I.     INTRODUCTION

Plaintiffs Kimberly Boyd and Terry Bacus Jr. filed this suit alleging Defendants Robin Strohm and the firm Williams & Strohm violated the Fair Debt Collection Practices Act (FDCPA) by sending them letters they allege violate the Act. After filing their Complaint on April 14, 2017, Plaintiffs did not request service. On July 21, 2017, the Court issued an Order to Show Cause as a result and Plaintiffs responded by requesting more time to adequately identify the class and amend their Complaint. On August 24, 2017, Plaintiffs filed their Amended Complaint. Defendants waived service on August 24, 2017, and filed their Answers on October 2, 2017. The Court issued a Notice of Preliminary Pretrial Conference on October 23, 2017.

As required, the parties participate in a Rule 26(f) conference.  In that conference counsel agreed on January 8, 2018, as the deadline to file a motion to certify a class. See the parties Rule 26(f) report, filed November 9, 2017.  On November 21, 2017, the Court held a Preliminary Pretiral Conference and adopted the parties' agreed-upon deadline of January 8, 2018 as the deadline for amending pleadings or joining additional parties.  See Court's Order, filed November 21, 2017.

On January 10, 2018, Defendants sent Plaintiffs' counsel an Offer of Judgment. See Exhibit A. Plaintiffs failed to respond in any way. As stated in the Offer of Judgment, pursuant to Fed.Civ.R. 68, offer was open for acceptance for fourteen days, with a deadline of January 24, 2018. Plaintiffs failed to respond in any way and the time for accepting the offer under the Rule, as stated in the letter, has passed.

Over two months have passed since the January 8, 2018 deadline and Plaintiffs have failed to file a motion to certify a class or serve any discovery on the issue. The additional deadlines for discovery and dispositive motions are August 15, 2018 and September 7, 2018 and

- 2 -

the parties must move forward with this case and adhere to the agreed-upon deadlines adopted by this Court.

## II.  LAW AND ANALYSIS

Plaintiffs have failed to certify a class two months past the deadline and have not sought a modification of the scheduling order or demonstrated good cause.  This Court has previously held a plaintiff who fails to certify a class by the deadline set by the Court's scheduling order will be denied leave to file a motion to certify a class. *Myers v. Asset Acceptance, LLC*, S.D.Ohio No. 2:09-cv-00696, 2010 U.S. Dist. LEXIS 47224 (Apr. 2, 2010). *Myers* is an analogous case where a plaintiff alleged the defendants violated the Fair Debt Collection Practices Act by their attempts to collect consumer debt. *Id*. at 2.

As in the present case, the *Meyer* court set a deadline for the plaintiff to file a motion to certify a class, which was the exact date proposed by the parties in their Rule 26(f) report. *Id*. The plaintiff failed to file a motion to certify a class for nearly two months. *Id.* at 3. Noting this failure to file by the agreed upon deadline, the *Meyer* court denied the plaintiff's motion to certify a class. *Id*.  In denying the plaintiff's motion to certify a class, the *Meyer* court noted the nearly two months that had passed since the deadline and the fact that "the parties stipulated to the missed deadline in their Rule 26(f) report." *Id*. at 4. Here, over two months have passed since the deadline stipulated by the parties in their Rule 26(f) report. Similarly, Plaintiff's class allegations should be dismissed.  See, also, *Andretti v. Boria Performance Indus.*, 426 F.3d 824, 2005 U.S. App. LEXIS 22723, 2004 FED App. 1421P( 6th Cir. 2005); *Leary v. Daeschner*,  349 F.3d 888, 2003 U.S. App. LEXIS 23562,  2003 FED App. 0409P (6th Cir.2003)  (both holding that plaintiff must show good cause for failing to satisfy deadlines).  See also, Fed.Civ.R. 16(b)(4).

- 3 -

In this case, the parties submitted their Rule 26 report to the Court, participated in a Rule 26 conference with the Court and the Court adopted the deadlines set agreed to by the parties and set out in the parties Rule 26 report.  Specifically, the parties recommended the deadline for filing class certification motions as January 8, 2018.  The Order by the Court adopted that deadline in that section of the Court's scheduling Order.  Plaintiffs have failed to conduct any discovery on class certification issues, and have failed to file a motion to certify a class.  The Court should therefore dismiss the class action allegations in the Complaint.

## III.    CONCLUSION

For the aforementioned reasons, Defendants request this Court grant their Motion to Dismiss Plaintiffs' Class Allegations.

Respectfully submitted,

/s/ Carl A. Anthony
Carl A. Anthony (OH55652)
FREUND, FREEZE & ARNOLD
65 E. State Street, Suite 800
Columbus, OH  43215-4247
Phone: 614-255-7550
Fax:  614-827-7303
canthony@ffalaw.com

/s/ Lindsay Johnson
Lindsay Johnson (OH77753)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: 937-425-6341
Fax:  937-425-7341
ljohnson@ffalaw.com
Counsel for Defendants Robin Strohm and
Williams & Strohm, LLC

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent by electronic and/or ordinary U.S. mail, postage prepaid, this 4th day of April, 2018 upon the following:

Matthew A. Schwartz
The Law Office of Matthew A. Schwartz
230 Durand Street
Pickerington, OH  43147
MSchwartzLaw@Gmail.com

Herbert Nelson Strayer, Jr.
Strayer Legal
7240 Muirfield Dr., Ste. 120
Dublin, OH  43017
hstrayer@strayerlegal.com

*Attorneys for Plaintiffs*

*/s/ Carl A. Anthony*
Carl A. Anthony (0055652)

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**