IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY BOYD, et al., | : | CASE NO. 2:17-cv-00320 |
| | : | JUDGE MARBLEY |
| Plaintiffs, | : | MAGISTRATE JOLSON |
| v. | : | |
| | : | DISMISSAL ENTRY |
| ROBIN STROHM, et al. | : | |
| Defendants. | : | |

It appearing to the Court that this action has been settled and compromised to the full satisfaction of all parties hereto, this action and all claims filed herein by all parties are ORDERED DISMISSED WITH PREJUDICE to the filing of a new action, with regular Court costs to be split evenly by the parties.

IT IS SO ORDERED:

_____
JUDGE MARBLEY
MAGISTRATE JOLSON

_____
Matthew A. Schwartz (0079453)
The Law Office of Matthew A. Schwartz
230 Durand Street
Pickerington, OH 43147
614/949-9749
MSchwartzLaw@Gmail.com
*Attorney for Plaintiffs*

*ymJohn* / for Carl Anthony 6/27/18
Carl A. Anthony (0055652)
FREUND, FREEZE & ARNOLD
65 E. State Street, Suite 800
Columbus, OH 43215-4247
Phone: 614-255-7550
Fax: 614-827-7303
canthony@ffalaw.com
*Counsel for Defendants*
*Robin Strohm and Williams & Strohm, LLC*

*[signature]*

Lindsay Johnson (OH77753)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
Phone: 937-425-6341
Fax: 937-425-7341
ljohnson@ffalaw.com
*Counsel for Defendants*
*Robin Strohm and Williams & Strohm, LLC*

FREUND, FREEZE & ARNOLD
A Legal Professional Association